# a18a1189
# Court of Appeals
# of the State of Georgia

ATLANTA,  February 21, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1189.  MCINTOSH TRIAL v. DIANA D. BLASSINGAME.**

In this direct appeal, McIntosh Trial seeks review of the superior court's order reversing the decision of the Board of Review of the Georgia Department of Labor to deny the claim for unemployment benefits filed by Diana D. Blassingame.  Under OCGA § 5-6-35 (a) (1), however, a party seeking to appeal a superior court decision reviewing a state agency ruling must follow the discretionary appeal procedure.  See *Dunlap v. City of Atlanta*, 272 Ga. 523, 524 (531 SE2d 702) (2000).  Accordingly, we lack jurisdiction over this direct appeal, and it is hereby DISMISSED.



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta,  02/21/2018
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*